| | | |
|---|---|---|
| CHERYL L. TAYLOR | : | SUIT NUMBER: 575256 · B |
| VERSUS | : | 1st JUDICIAL DISTRICT COURT |
| CONSTITUTION STATE SERVICES, LLC, and CHEDDAR'S CASUAL CAFÉ, INC. | : | CADDO PARISH, LOUISIANA |

## PETITION

The Petition of CHERYL L. TAYLOR, domiciled in Caddo Parish, Louisiana, respectfully represents:

1.

The defendants making this petition necessary are:

A. CONSTITUTION STATE SERVICES, LLC, a foreign company that provided liability coverage to Cheddar's Casual Café, Inc.; and

B. CHEDDAR'S CASUAL CAFÉ, INC., a foreign company authorized to do and doing business in the State of Louisiana.

2.

Cheddar's Casual Café, Inc. owns and operates a restaurant, Cheddar's, located at 1714 East 70th Street, Shreveport, Caddo Parish, Louisiana.

3.

On August 15, 2013, Cheddar's employees failed to clean up a puddle of water by the fish tank. The water was located in the walkway used by patrons. Employees failed to warn customers of the water. Employees had knowledge of the hazard or, in the very least, should have known of the hazard, and failed to protect their customers.

4.

Cheryl L. Taylor, a customer, slipped in the hazard created by the defendants.

5.

The agents of Cheddar's Casual Café, Inc. acted negligently and caused Ms. Taylor's harm by:

    a.    Creating a hazard;

    b.    Failing to ensure patron aisles were clear and free of hazards, although they were or should have been aware of the existence of the hazard;

    c.    Failing to warn customers or guests, by signs or other means, of the hazard created by


EXHIBIT A

the presence of water;

d. Failing to make reasonable inspections of the aisles and surrounding areas;

e. Failing to take reasonable steps to maintain aisles in a safe condition; and

f. Failing to properly train and supervise their employees.

6.

Cheddar's Casual Café, Inc. is liable through its agents, representatives, and employees who were acting in the course and scope of their employment. Cheddar's Casual Café, Inc. had a duty to formulate, institute and implement training and supervision procedures which could have and should have prevented the acts complained of herein. Cheddar's Casual Café, Inc. was negligent in the hiring, supervision, retention and training of their employees. The scope of this duty encompassed the risk of the particular harm sustained by the plaintiff. The negligent breach of this duty by Cheddar's Casual Café, Inc. caused Ms. Taylor's injuries and damages.

7.

Defendant's carelessness caused harmful injuries to Ms. Taylor. Defendants are responsible for her past, present, and future: 1) medical expenses; 2) pain and suffering; 3) mental pain and anguish; 4) permanent injuries and disability; 5) loss of wages and economic opportunity; and 6) loss of enjoyment of life.

8.

Cheddar's Casual Café, Inc. has in its possession, and should be made to produce, the following documents that are necessary and material to the intelligent preparation of petitioner's case:

a. Photographs taken at the scene of the incident;

b. Statements taken from petitioner and all other persons involved;

c. Incident report;

d. Copy of any surveillance video showing the scene for an hour before the incident, until the plaintiff exited the store; and

e. Any policies of liability insurance covering this incident.

9.

Constitution State Services, LLC should be ordered to produce a certified copy of its insurance policy or policies, including all riders and attachments, pertaining to the instant litigation.

10.

Plaintiff's claims are less than the amount required for jury trial.

WHEREFORE, plaintiff prays that all harms and losses caused by the defendants be repaired by judgment, all expert fees, cost and interest should be borne by the defendants.

Respectfully submitted:

SIMMONS, MORRIS, & CARROLL, LLC

BY: _____
B. TREY MORRIS, APLC (#28162)
JUSTIN C. DEWETT (#33095)
G. ADAM SAVOIE (#32676)
509 Milam Street
Shreveport, LA 71101
(318) 221-1507 (telephone)
(318) 221-4560 (telecopier)

ATTORNEYS FOR PLAINTIFF

**PLEASE SERVE:**

CONSTITUTION STATE SERVICES, LLC
Through its Agent for Process of Service
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

MORAN FOODS, INC.
Through its Agent for Service of Process
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

K-DEVELOPERS, L.L.C.
Through its Agent for Service of Process
Edwin L. Kenyan
543 South Main Street
Springhill, Louisiana 71075

| | | |
|---|---|---|
| CHERYL L. TAYLOR | : | SUIT NUMBER: |
| VERSUS | : | 1st JUDICIAL DISTRICT COURT |
| CONSTITUTION STATE SERVICES, LLC, and CHEDDAR'S CASUAL CAFÉ, INC. | : | CADDO PARISH, LOUISIANA |

### ORDER

IT IS FURTHER ORDERED that defendants, MORAN FOODS, INC. and K-DEVELOPERS, L.L.C., produce and forward to B. Trey Morris at 509 Milam Street, Shreveport, Louisiana 71101, within fifteen days, the following documents:

(A) Photographs taken at the scene of the incident;

(B) Statements taken from petitioner and all other persons involved;

(C) Incident report;

(D) Copy of any surveillance video showing the scene for an hour before the incident, until the plaintiff exited the store; and

(E) Any policies of liability insurance covering this accident.

Thus done and signed in Shreveport, Caddo Parish, Louisiana, on this 13 day of March, 2014.

SCOTT J. CRICHTON
_____
DISTRICT JUDGE

ENDORSED FILED
COLVIN ROBERSON, Deputy Clerk

MAR 1 2 2014

A TRUE COPY - Attest
_____
CADDO PARISH DEPUTY CLERK

# SIMMONS, MORRIS & CARROLL, L.L.C.
## ATTORNEYS AT LAW
### 509 Milam Street
### Shreveport, Louisiana 71101

HARRY D. SIMMONS, A.P.L.C.
B. TREY MORRIS, A.P.L.C.
CYNTHIA L. CARROLL, L.L.C.*
JUSTIN C. DEWETT
GERALD A. SAVOIE
MEAGAN E. SHADINGER

DAVID KLOTZ (1927-2008)

TELEPHONE (318) 221-1507

FACSIMILE (318) 221-4560

* ALSO LICENSED IN THE STATE OF TEXAS

February 27, 2015

**Sent Via e-mail: pjw@mcsalaw.com**
Mr. Peter Wanek
McCranie, Sitrunk, Anzelmo, Hardy,
McDaniel & Welch, LLC
909 Poydras Street, Suite 1000
New Orleans, LA 70112

RE: Insured         : Cheddar's Casual Café
    My Client/Claimant : Cheryl Taylor
    Date of Loss     : 8/15/2013

Dear Peter:

This letter is an attempt at settlement of the above referenced claim. I enclose Cheryl Taylor's medical records and billing and itemize her treatment as follows:

| Medical Providers | Date(s) of service | Cost of Service |
|---|---|---|
| WK ER Group | 8/15/2013 | $ 95.00 |
| Red River Consultants | 8/15/2013 | $ 38.00 |
| Willis Knighton Pierremont | 8/15/2013 | $ 847.00 |
| Orthopedic Specialists | 8/23/2013 | $ 5,497.00 |
| Omega Diagnostic | 9/19/2013 | $ 141.00 |
| Specialists Hospital | 12/3/2013-2/13/2014 | $ 16,781.55 |
| ASSB | 9/26/2013 | $ 560.00 |
| Specialists Pharmacy | 9/26/2013-1/29/2014 | $ 28.53 |
| | TOTAL | $ 23,988.08 |

The total medical cost incurred by my client is **$23,988.08**. My client is willing to settle this case and release your insured for **72,500.00** inclusive of medicals.

I look forward to hearing from you.

Very truly yours,

Gerald A. Savoie

GAS:mg
Enclosure



**Kathryn T. Trew**

| | |
|---|---|
| **From:** | Trey Morris [btmorris@shreveportlaw.net] |
| **Sent:** | Tuesday, March 10, 2015 8:46 AM |
| **To:** | Kathryn T. Trew |
| **Subject:** | RE: C. Taylor v. Cheddars |
| **Follow Up Flag:** | Copied to Worldox (CLIENT WORK\03460\0346014\M0803877.MSG) |

Kathryn,

I talked with client, I cant agree the value is below $75,000. Meds are above 20 and she had knee surgery.

Trey

**From:** Kathryn T. Trew [mailto:ktt@mcsalaw.com]
**Sent:** Monday, March 09, 2015 5:46 PM
**To:** Trey Morris
**Cc:** Gerald Adam Savoie; Peter J. Wanek
**Subject:** RE: C. Taylor v. Cheddars

We can't wait that long because the one year period to remove is approaching. Suit was filed 3/12/14. We will be removing tomorrow if we do not receive an agreement that damages do not exceed $75,000 before then.

Kathryn

**Kathryn T. Trew • Attorney**

**McCranie Sistrunk Anzelmo Hardy McDaniel & Welch LLC**
**A USLaw Network Member Firm**

909 Poydras Street, Suite 1000 • New Orleans, LA  70112
Direct Dial (504) 846-8468 • Fax (800) 977-8810
website • bio • vCard • email





EXHIBIT C

1

**From:** Trey Morris [mailto:btmorris@shreveportlaw.net]
**Sent:** Monday, March 09, 2015 5:40 PM
**To:** Kathryn T. Trew
**Subject:** Re: C. Taylor v. Cheddars

I don't care if you remove the case. We need to wait on Adam to get back on a few days. He may stipulate.

Trey

Trey

Sent from my iPhone

On Mar 9, 2015, at 2:03 PM, Kathryn T. Trew <ktt@mcsalaw.com> wrote:

> Ok. Will you sign a stipulation that your damages do not exceed $75,000? If not, we will remove the case.
>
> **Kathryn T. Trew • Attorney**
>
> **McCranie Sistrunk Anzelmo Hardy McDaniel & Welch LLC**
> **A USLaw Network Member Firm**
>
> 909 Poydras Street, Suite 1000 • New Orleans, LA  70112
> Direct Dial (504) 846-8468 • Fax (800) 977-8810
> website • bio • vCard • email
>
> <image001.png><image002.png><image003.png>
>
> **From:** Trey Morris [mailto:btmorris@shreveportlaw.net]
> **Sent:** Monday, March 09, 2015 1:41 PM
> **To:** Kathryn T. Trew
> **Subject:** RE: C. Taylor v. Cheddars
>
> We have no objection to a request for  jury trial. Settle the case if you can. Jury or bench doesn't affect the price of tea in china with either of our firms.

Trey

**From:** Kathryn T. Trew [mailto:ktt@mcsalaw.com]
**Sent:** Monday, March 09, 2015 1:33 PM
**To:** Trey Morris
**Subject:** C. Taylor v. Cheddars

Trey,

We are filing a Motion for Leave to File an Amended Answer demanding a jury trial in light of the recent settlement demand exceeding the jury trial threshold. Please advise if you consent to our motion.

Kathryn

**Kathryn T. Trew**

**Kathryn T. Trew • Attorney**

**McCranie Sistrunk Anzelmo Hardy McDaniel & Welch LLC**
**A USLaw Network Member Firm**

909 Poydras Street, Suite 1000 • New Orleans, LA  70112
Direct Dial (504) 846-8468 • Fax (800) 977-8810
website • bio • vCard • email

<image001.png><image002.png><image003.png>

3


McCranie Sistrunk Anzelmo Hardy McDaniel & Welch LLC

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION


McCranie Sistrunk Anzelmo Hardy McDaniel & Welch LLC

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION


McCranie Sistrunk Anzelmo Hardy McDaniel & Welch LLC

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION DO NOT FORWARD WITHOUT PERMISSION

Attention Tanya

| | |
|---|---|
| CHERYL T. TAYLOR | : SUIT NUMBER: 575,256-B |
| VERSUS | : 1st JUDICIAL DISTRICT COURT |
| CONSTITUTION STATE SERVICES, LLC and CHEDDAR'S CASUAL CAFÉ, INC. | : CADDO PARISH, LOUISIANA |

### VOLUNTARY PARTIAL MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, CHARYL T. TAYLOR, who represents that any and all claims of negligence alleged in her Original Petition against Defendant, CONSTITUTION STATE SERVICES, LLC, be dismissed, with prejudice, reserving plaintiff's rights against all other parties, whether known or unknown, with each party to bear their own costs;

Considering the foregoing:

**IT IS ORDERED** that all claims and demands by plaintiff against defendant, CONSTITUTION STATE SERVICES, LLC, be dismissed with prejudice, reserving plaintiff's rights against all other parties, whether known or unknown, with each party to bear their own costs.

Shreveport, Caddo Parish, Louisiana, this ___ day of June_____, 2014.

_____
JUDGE

Respectfully Submitted,
SIMMONS, MORRIS & CARROLL

_____
B. Trey Morris, APLC (#28162)
Justin C. Dewett (#33095)
G. Adam Savoie (#32676)
509 Milam Street
Shreveport, LA 71101
(318) 221-1507 telephone
(318) 221-4560 facsimile

ATTORNEYS FOR PLAINTIFF



FILED JUN 0 5 2014
COLVIN ROBERSON
CADDO DEPUTY CLERK OF COURT

EXHIBIT D

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing have been served to the following by placing a copy of same in the United States Mail, properly addressed with adequate postage affixed thereon:

    Peter J. Wanek
    McCrainie Sistrunk Anzelmo Hardy McDaniel & Welch LLC
    909 Poydras Street, Suite 1000
    New Orleans, LA 70112

Shreveport, Louisiana this ____4____ day of June, 2014.

                                                      OF COUNSEL

2

**Specialists Hospital Shreveport**
1500 Line Avenue, Suite 206
Shreveport, LA  71101
Telephone (318) 213-3800

**Patient Name:**  TAYLOR CHERYL
**Date of Birth:**  04/05/1963
**Patient Account #:**  00062553
**Medical Record #:**  25985
**Date of Admission:**  09/26/13
**Patient Type:**  O/P
**Room #:**  PAC02

## OPERATIVE REPORT

**DATE OF SURGERY:**  September 26, 2013

**PREOPERATIVE DIAGNOSIS:**  Left knee medial meniscal tear.

**POSTOPERATIVE DIAGNOSIS:**  Left knee medial meniscal tear.

**PROCEDURE:**
1. Partial medial meniscectomy.
2. Chondroplasty medial compartment.

**ANESTHESIA:**  General.

**SURGEON:**  J. David Googe, M.D.

**ASSISTANT:**  Clay Morgan, P.A.-C., who was present, scrubbed, and necessary for all key portions of the procedure.

**HISTORY:**  The patient is a 50-year-old female with knee pain refractory to conservative management.

Operative versus nonoperative intervention were explained to the patient in detail.  The patient understood the risks associated with surgery and elected to proceed.

**DESCRIPTION OF THE PROCEDURE:**  The patient was identified in the holding area where specifics of the procedure were outlined.  She was subsequently taken back to the operating room where general endotracheal anesthesia was induced.  Her left lower extremity was prepped and draped in a sterile fashion.  Attention was then turned toward the operative portion of the procedure.

The arthroscope was introduced through a standard anterolateral portal.  Diagnostic arthroscopy revealed the patellofemoral joint to be normal; the lateral compartment was normal; notch was normal.  The medial compartment showed degenerative meniscal tearing with associated chondromalacia primarily of the medial femoral condyle.



EXHIBIT E



**Specialists** HOSPITAL SHREVEPORT

1500 Line Ave. Suite 206 Shreveport, LA 71101

Patient Name: TAYLOR CHERYL          Account Number: 00065788    MR# 25985
Admitting Physician: MCCLOUD AL

## Physical Therapy Discharge Summary

Diagnosis: L knee meniscal tear
Initial Visit Date: 120313   Total Visits to Date: 20   Date of Discharge: 021314

| Reason for Discharge: | | |
|---|---|---|
| | ☑ All Goals Achieved | ☐ Plateau in Progress |
| | ☐ Patient Request Discharge | ☐ Patient No Show |
| | ☐ Patient Refusal of Treatment | ☐ Discharged per M.D. |
| | ☑ No Further Orders | ☐ Other: See Comments |

| Goals/Results: | | |
|---|---|---|
| | ☐ All Goals Met | ☑ 75-99% of Goals Met |
| | ☐ 50-75% of Goals Met | ☐ 25-49% of Goals Met |
| | ☐ 1-24% of Goals Met | ☐ No Goals Met |

| Discharge Plans: | | |
|---|---|---|
| | ☑ Patient to continue with self-directed HEP | ☐ Transfer patient into Wellness Program |
| | ☐ Recommended follow up with M.D. | ☐ Unknown Status |
| | ☐ Other: See Comments | |

Fair tolerance to manual techniques throughout POC, but DC c knee AROM WFL, increased strength and improved gait. All functional goals met. And 0/10 pain at DC.

*Allison McCloud, PT*

Physical Therapist                    Date: 022614  Time: 0831



EXHIBIT F

**ORTHOPEDIC SPECIALISTS OF LOUISIANA**
1500 Line Avenue, First Floor
Shreveport, LA 71101
Telephone: (318) 635-3052
Fax: (318) 635-3072

Lewis C. Jones, MD
David D. Waddell, MD
M. E. Milstead, MD
James S. Lillich, MD
G. Michael Haynie, MD
Steven M. Atchison, MD
Stephen Cox, MD
John David Googe, MD
William L. Overdyke, MD
Ellis O. Cooper, III, MD
Val Irion, MD

**Person NBR:** 250497

**Date:** 01/29/2014

**Description:** Progress Report

**Category:** Dictation

**PATIENT:** CHERYL TAYLOR

### PROGRESS REPORT

**CHIEF COMPLAINT:** Left knee pain.

**HISTORY OF THE PRESENT ILLNESS:**
  Location: Left knee.
  Duration: She is 4 months out.
  Severity: Improved.
  Quality: Improved.
  Modifying Factors: She has had a knee scope.
  Timing: She is 4 months out.
  Context: Cheryl is a 50-year-old female who we did a knee scope once. She is doing well. She is not all the way better but she continues to improve.

**PHYSICAL EXAMINATION:** She has normal gait evaluation, good range of motion, and good cruciate and collateral ligament function.

**ASSESSMENT:** Status post knee scope.

**WORK STATUS:**

**PLAN:** We are going to progress her activity, put her on oral anti-inflammatories, and see her back in a couple of months.

_____
JOHN DAVID GOOGE, MD
JDG/mcm



EXHIBIT 7

ORTHOPEDIC SPECIALISTS OF LOUISIANA
1500 Line Avenue, First Floor
Shreveport, LA 71101
Telephone: (318) 635-3052
Fax: (318) 635-3072

Lewis C. Jones, MD
David D. Waddell, MD
M. E. Milstead, MD
James S. Lillich, MD
G. Michael Haynie, MD
Steven M. Atchison, MD
Stephen Cox, MD
John David Googe, MD
William L. Overdyke, MD
Ellis O. Cooper, III, MD
Val Irion, MD

Person NBR: 250497

Date: 02/21/2014

Description: Progress Report

Category: Dictation

PATIENT: CHERYL TAYLOR

## PROGRESS REPORT

**HISTORY OF THE PRESENT ILLNESS:** Cheryl is here today for followup. We have treated her with injections for her knee and her shoulder, and she has dramatically improved.

**PHYSICAL EXAMINATION:** On physical exam, her active range of motion and passive range of motion of her knee and shoulder are good, and she has no associated swelling or discomfort.

**ASSESSMENT:** Rotator cuff arthropathy and mild degenerative joint changes with symptoms resolved.

**WORK STATUS:**

**PLAN:** She is activity as tolerated. She is going to follow up on a p.r.n. basis.


_____
JOHN DAVID GOOGE, MD
JDG/nso

D: 02/21/14
T: 02/24/14

```
 1              FIRST JUDICIAL DISTRICT COURT FOR THE PARISH OF CADDO

 2                               STATE OF LOUISIANA

 3
                 * * * * * * * * * * * * * * * * * *
 4

 5    CHERYL L. TAYLOR

 6

 7    VERSUS                                    NO. 575256 DIVISION "B"

 8

 9    CONSTITUTION STATE SERVICES, LLC
      AND CHEDDAR'S CASUAL CAFE, INC.
10

11               * * * * * * * * * * * * * * * * * *

12

13                              DEPOSITION OF

14                         CHERYL LYNN DANIEL TAYLOR

15                             January 15, 2015

16

17               * * * * * * * * * * * * * * * * * *

18           Taken At The Law Offices Of:

19               Simmons, Morris & Carroll
                 509 Milam Street
20               Shreveport, Louisiana 71101

21               * * * * * * * * * * * * * * * * * *

22                             Reported By:

23                         KALISHA S. OLDS
                           CERTIFIED COURT REPORTER
24                         CERTIFICATE NO. 29034

25                             STATE OF LOUISIANA
```

```
 1   fall at Cheddar's?
 2       A    I did have treatment for my shoulder after the fall
 3   before I went back for my checkup and it was because I was
 4   trying to do exercises for my knee.
 5       Q    How would an exercise for your knee cause a
 6   shoulder problem?
 7       A    Because I had to put something on my foot and bring
 8   it up (demonstrating) while leaning back on the bed to try to
 9   exercise my knee.  And when I dropped my arm, it ripped -- it
10   pulled my shoulder, so they did a test on my shoulder when I
11   went back for -- to check on my knee.
12       Q    And that was for your left shoulder?
13       A    Yes.
14       Q    When do you recall having a problem with your left
15   shoulder after the Cheddar's incident?
16       A    It was within weeks.  When I went back for my
17   checkup, it had just happened the day before, so they checked
18   my shoulder out.
19       Q    Had you ever had any problems with your left
20   shoulder prior to that problem with your left shoulder in the
21   fall of 2013?
22       A    Many years ago during the accident, when I had the
23   accident.
24       Q    How long did the issue with your left shoulder
25   last, the one that you just described, that was caused when
```

```
 1    arthroscopy.  Do you recall telling him that?
 2        A    I don't recall.  I don't remember that.
 3        Q    Then you had that issue with your left shoulder?
 4        A    Yes.
 5        Q    And he recommended an MRI of the left shoulder?
 6        A    Yes.
 7        Q    Do you recall him telling you that he believed that
 8   the MRI showed arthritis in your left shoulder?
 9        A    I don't recall.
10        Q    It looks like you return November 25th, 2013, for a
11   postoperative appointment from your left knee surgery.  He
12   recommended, it looks like, six weeks of physical therapy.
13   Did you do all six weeks of the therapy?
14        A    Yes.
15        Q    It looks like you came back January 29, 2014.  It
16   says, "Patient has normal gait, good range of motion and good
17   cruciate and collateral ligament function.  The plan was to
18   progress her activity and put her on an anti-inflammatory and
19   follow up in a couple of months."  And then it looks like you
20   were discharged the next month.  Have you treated with
21   Dr. Googe since you were discharged in February of 2014?
22        A    No.
23        Q    Have you had any further problems with your left
24   knee since the discharge?
25        A    Weather change problems.
```